United States District Court
Southern District of Texas

**ENTERED**
April 25, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD BOWERS, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:17-cv-00183 |
| v. | § § § | |
| FRED HAAS TOYOTA WORLD | § § | JURY DEMANDED |
| Defendant. | § | |

## ORDER OF DISMISSAL

On this day, the Court considered the parties' *Joint Stipulation of Dismissal with Prejudice*. The parties' stipulation is GRANTED.

IT IS THEREFORE ORDERED that all claims in dispute between Plaintiff Ronald Bowers and Defendant Fred Haas Toyota World are dismissed with prejudice. Each party shall be responsible for his or its own respective costs and attorney's fees incurred as result of this action.

SIGNED this 25th day of April, 2018.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE